No. 04-02-00339-CV


 IN THE INTEREST OF M.G., et al., Children 


From the 408th Judicial District Court, Bexar County, Texas

Trial Court No. 2000-PA-01301

Honorable Patrick J. Boone, Judge Presiding


PER CURIAM

 

Sitting: Phil Hardberger, Chief Justice

 Alma L. López, Justice

 Sandee Bryan Marion, Justice



Delivered and Filed: July 17, 2002


DISMISSED FOR WANT OF PROSECUTION

 

 On April 19, 2002, Angela Stone, the trial court clerk, informed this court that although the
clerk's record was ready to be filed, appellant's affidavit of indigence had been denied. Ms. Stone
also informed this court that appellant's attorney told her that appellant would not proceed with the
appeal. On June 4, 2002, this court ordered appellant to provide to this court by June 14, 2002 either
(1) written proof that the clerk's fee has been paid or arrangements have been made to pay the clerk's
fee; or (2) if appellant does not wish to prosecute the appeal, a motion to dismiss the appeal in
conformance with Texas Rule of Appellate Procedure 42.1(a). 


 Appellant has not responded to this court's June 4th order; therefore, this appeal is dismissed
for want of prosecution. See Tex. R. App. P. 37.3(b), 42.3(b). Costs of appeal are taxed against
appellant.

PER CURIAM



DO NOT PUBLISH